## PLEMMONS v. CITY OF GASTONIA

No. 318P83.

Case below: 62 N.C. App. 470.

Petitions by defendants and plaintiffs for discretionary review under G.S. 7A-31 denied 7 September 1983.

## PLEMMONS v. HUFFSTICKLER

No. 341P83.

Case below: 61 N.C. App. 348.

Petition by defendant City for writ of certiorari to North Carolina Court of Appeals denied 7 September 1983.

## POWELL v. PARKER

No. 362P83.

Case below: 62 N.C. App. 465.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 September 1983.

## PYLES v. CP&L CO.

No. 382P83.

Case below: 62 N.C. App. 758.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 September 1983.

## SEDBERRY v. JOHNSON

No. 348P83.

Case below: 62 N.C. App. 425.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 September 1983.